UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SALVADOR V. PORTILLO.
Plaintiff,

v.

ROBERTO CASTILLO, d/b/a of R & C CLEANING SERVICES,
Defendants

05 10600 RCL
Civil Action No.

RECEIPT # 63063
AMOUNT $ 250
SUMMONS ISSUED 1
LOCAL RULE 4.1 —
WAIVER FORM —
MCF ISSUED —
BY DPTY. CLK. MS
DATE 3/29/05

COMPLAINT AND JURY DEMAND

MAGISTRATE JUDGE JLA

INTRODUCTION

1. Plaintiff brings this action pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. §201, et seq., seeking to recover damages for unpaid overtime compensation in willful violation of the FSLA.

JURISDICTION AND VENUE

2 This Court has jurisdiction over the subject matter of this action pursuant to 29 U.S.C. §216(b). The Court also has jurisdiction under 28 U.S.C. §1331.

3. Venue is proper pursuant to 28 U.S.C. §1391 because the Plaintiff resides in this judicial district.

PARTIES

1. Plaintiff is Salvador V. Portillo. He is a resident of Everett, Massachusetts and a citizen of El Salvador.

2. Defendant Roberto Castillo is natural person who resides at 200 Park Terrace

Drive, Stoneham, MA and formerly doing business at 28 Starbird Street, Malden, MA.. At all relevant times he has done business as R & C Cleaning Services.

3. Defendant R & C Cleaning Services is a Massachusetts entity doing business at 200 Park Terrace Drive, Stoneham and formerly doing business at 28 Starbird Street, Malden, MA.

4. At all relevant times Defendants had employees handling, selling, or otherwise working on, goods or materials that have been moved in or produced for commerce by any person.

5. At all relevant times Defendants had an annual gross volume of sales made or business done of not less than $500,000.

6. Plaintiff worked for Defendant from February 1, 2001 to April 25, 2003.

7. During the course of his employment Plaintiff regularly worked forty (40) hours per week at $9.00, $9.25 and $9.50 per hour (hereinafter "straight time"). He also worked a total of one thousand one hundred and fifty (1,150) hours of overtime, that is, hours in excess of forty (40) per week, for which he was always paid only straight time and never paid time and one half.

8. Defendants acted willfully and were not acting in good faith when they failed to pay overtime wages of one and one-half times Plaintiff's regular hourly rate when same was due.

CLAIM: VIOLATION OF FAIR LABOR STANDARDS ACT:

9. Plaintiff repeats, realleges, and incorporates by reference paragraphs 1 through 8 with the same force and effect as if fully set forth herein.

10. Defendants had an obligation to pay Plaintiff overtime pay of one and one-half his regular rate for all hours worked in excess of forty in a workweek.

11. Defendants intentionally, willfully and deliberately failed to pay Plaintiff overtime wages of one and one-half times his regular rate when same was due.

12. Defendants had no reasonable grounds for failing to pay overtime wages of one and one-half times Plaintiff's regular hourly rate to him when same was due.

13. Defendants knew, or should have known that, in failing to so pay, they were violating the provisions of 29 U.S.C. §§ 207(a)(1) and 215(a)(2).

14. Pursuant to 29 U.S.C. §216(b), Defendants are liable to Plaintiff for the violation of 29 U.S.C. §207(a) as set forth herein.

15. Within the last three years time Plaintiff has suffered four thousand one hundred and fifty four and 43/100ths dollars ($4,154.43) in damages on account of Defendants' violations of the FLSA.

16. Plaintiff is entitled to double (liquidated) damages on this amount pursuant to 29 U.S. §216(b).

17. Plaintiff has given written consent to the filing of this action, pursuant to 29 U.S.C. §216(b) (See Exhibit A hereto).

**PRAYERS FOR RELIEF**

WHEREFORE, Plaintiff prays that this Court:

1. Award Plaintiff damages for unpaid overtime compensation, plus, as liquidated damages, an additional sum equal to the amount of unpaid overtime compensation.

2. Award Plaintiff the costs and other disbursements of this action, including but not limited to, reasonable attorney's fees, accountant's and expert's fees;

3. Award Plaintiff prejudgment interest;

4. Grant the Plaintiff such other and further relief as this Court may deem just, proper, and equitable.

PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully submitted,
By His Attorney,

Mark D. Stern
BBO #479500
Mark D. Stern, P.C.
34 Liberty Avenue
Somerville, MA 02144
(617) 776-4020
*Fax (617) 776-9250*
Email:sternbarker@att.net

Dated: March 29, 2005

CONSENT FORM

Pursuant to 29 U.S.C. §216(b) and Section 5(a) of the Portal-to-Portal Act of 1947, I hereby consent to be a plaintiff in a civil action seeking damages under the Fair Labor Standards Act of 1938. I further consent to my attorney's filing of such a civil action.

Salvador V. Portillo

Date: March 28, 2005



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) Salvador V. Portillo v. Roberto Castillo

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

- [ ] I. 160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.
- [X] II. 195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730, 740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950. *Also complete AO 120 or AO 121 for patent, trademark or copyright cases
- [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310, 315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371, 380, 385, 450, 891.
- [ ] IV. 220, 422, 423, 430, 460, 480, 490, 610, 620, 630, 640, 650, 660, 690, 810, 861-865, 870, 871, 875, 900.
- [ ] V. 150, 152, 153.

05 10600 RCL

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

none known

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

YES [ ] NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

YES [ ] NO [X]

If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

YES [ ] NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

YES [ ] NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

YES [X] NO [ ]

A. If yes, in which division do all of the non-governmental parties reside?

Eastern Division [X] Central Division [ ] Western Division [ ]

B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

Eastern Division [ ] Central Division [ ] Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

YES [ ] NO [ ]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME Mr. Mark Stern

ADDRESS 34 Liberty Ave, Somerville, MA 02144-2022

TELEPHONE NO. 617 776 [illegible]

(CategoryForm.wpd - 2/15/05)



JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Salvador V. Portillo

**(b)** County of Residence of First Listed Plaintiff Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number) Mark Stern, 34 Liberty Ave, Somerville MA 02144 — Mark D Stern PC 617 776 4020

**DEFENDANTS**
Roberto Castillo
RC Cleaning Services

County of Residence of First Listed Defendant Middlesex
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

**05 10600 RCL**

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☒ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): 29 USC 201 et seq.
Brief description of cause: Failure to pay 1 1/2 base wage for overtime

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 DEMAND $ 8300 plus
CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 3/29/05 SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # ______ AMOUNT ______ APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______