# UNITED STATES DISTRICT COURT

District of _____

Salvador Portillo,
Plaintiff

V.

Roberto Castillo d/b/a
R&C Cleaning Services
Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 - 10600 RCL**

TO: (Name and address of Defendant)

Roberto Castillo d/b/a R&C Cleaning Services
200 Park Terrace Drive
Stoneham, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mr. Mark Stern
34 Liberty Ave
Somerville MA 02144-2022

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    4-13-05

CLERK                                                DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>JUNE 16, 2005 AT 12:58 O,N |
| NAME OF SERVER (PRINT)<br>ANTHONY BOGUS | TITLE<br>CONSTABLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode ~~with a person of suitable age and discretion then residing therein~~

~~Name of person with whom~~ the summons and complaint were left: at 24 Alden Avenue, Unit 1, Stoneham, Ma

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL<br>$ 18.00 | SERVICES<br>$30.00 | TOTAL<br>$48.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 16, 2005 at 12:58        *[signature]*
                    Date                     Signature of Server    ANTHONY BOGUS
                                             % ROSCOE, BEDUGNIS & ASSOCIATES
                                             15 COURT SQUARE, SUITE 450
                                             BOSTON, MA.  02108
                                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.