UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALVADOR V. PORTILLO,<br>Plaintiff<br><br>v.<br><br>ROBERTO CASTILLO, d/b/a of R&C<br>CLEANING SERVICES,<br>Defendants | Case Number: 05-10600 RCL |

NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of **Leslie Lockard** as attorney for defendants, Roberto Castillo, d/b/a R&C Cleaning Services, in the above-entitled matter.

Date: July 11, 2005

The defendants,
ROBERTO CASTILLO, d/b/a R&C
CLEANING SERVICES
by their attorney,

*Leslie Lockard*
Leslie Lockard, BBO# 550101
Gaffin Krattenmaker & O'Connor, P.C.
2400 Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
(617) 437-6530