UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SALVADOR V. PORTILLO,
Plaintiff

v.

ROBERTO CASTILLO, d/b/a of R&C
CLEANING SERVICES,
Defendants

Case Number: 05-10600 RCL

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter the appearance of **Jennifer Hartunian** as attorney for the defendant, Roberto Castillo, d/b/a R&C Cleaning Services, in the above-entitled matter.

Date: 9/7/05

The defendants,
ROBERTO CASTILLO, d/b/a R&C
CLEANING SERVICES
by their attorneys,

Leslie Lockard, BBO# 550101
Jennifer Hartunian, BBO#660902
Gaffin Krattenmaker & O'Connor, P.C.
2400 Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
(617) 437-6530

{00023719.DOC}   1