UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SALVADOR V. PORTILLO.<br>    Plaintiff,<br><br>v.<br><br>ROBERTO CASTILLO, d/b/a of R & C<br>CLEANING SERVICES,<br>    Defendants | Civil Action No. 05-10600RCL |

### PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

I certify that I have conferred with my attorney regarding the costs of litigation and the possible resolution of this litigation through the use of an alternative dispute resolution program. We have also conferred regarding the possibility of settlement of this dispute and I understand that my attorney will continue these discussions on my behalf.

_____
Salvador Portillo
Plaintiff

Date: September 9, 2005