# MARK D. STERN, P.C.

34 LIBERTY AVENUE • SOMERVILLE, MA 02144 • (617)776 4020 • FAX: (617) 776 9250 • email: markdsternpc@rcn.com

September 23, 2005

Clerk Lisa Hourihan
United States District Court
One Courthouse Way
Boston, MA 02210

      Re    SALVADOR V. PORTILLO v. ROBERTO CASTILLO,
             d/b/a of R & C CLEANING SERVICES,
             Civil Action No. 05-10600RCL

Dear Clerk Hourihan:

Please advise the Court that both parties claimed a jury trial in their initial pleading, the Complaint and Answer. Plaintiff continues to assent to such a trial. Defendant, I am advised, withholds its assent; however, I do not believe the Defendant has a right to do so in light of its demand for a jury trial. In the meantime, the parties continue good faith negotiations towards a settlement of this case.

                      Cordially,

                      Mark D. Stern

cc.    Jennifer Hartunian
        Salvador Portillo