# MARK D. STERN, P.C.

34 LIBERTY AVENUE • SOMERVILLE, MA 02144 • (617)776 4020 • FAX: (617) 776 9250 • email: markdsternpc@rcn.com

September 30, 2005

Clerk Lisa Hourihan
United States District Court
One Courthouse Way
Boston, MA 02210

      Re    SALVADOR V. PORTILLO v. ROBERTO CASTILLO,
            d/b/a of R & C CLEANING SERVICES,
            Civil Action No. 05-10600RCL

Dear Clerk Hourihan:

Please be advised that my client will require a Spanish language interpreter for the trial of this case on November 14, 2005.

                        Cordially,

                        Mark D. Stern

cc.    Jennifer Hartunian
       Salvador Portillo