UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SALVADOR V. PORTILLO,
**Plaintiff**

v.

ROBERTO CASTILLO, d/b/a R&C
CLEANING SERVICES,
**Defendants**

Case Number: 05-10600 RCL

## STIPULATION OF DISMISSAL

Now come the parties to the above-captioned action and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate and agree that said action by the plaintiff, Salvador Portillo, be dismissed against the defendant, Roberto Castillo, d/b/a R&C Cleaning Services, **with prejudice**. Each party shall bear its own costs and fees, and all rights of appeal are waived.

Respectfully submitted,

Plaintiff,
SALVADOR PORTILLO,
by his attorney

*Mark Stern /JH*
Mark D. Stern, BBO#479500
34 Liberty Avenue
Somerville, MA 02144
(617) 776-4020

Dated: 11/30/05

Defendant,
ROBERTO CASTILLO, d/b/a/ R&C
CLEANING SERVICES,
by his attorneys,

*[signature]*
Leslie Lockard, BBO#550101
Jennifer Hartunian, BBO#660902
Gaffin Krattenmaker & O'Connor, P.C.
2400 Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 437-6530

Case 1:05-cv-10600-RCL   Document 14   Filed 12/02/2005   Page 2 of 2

## CERTIFICATE OF SERVICE

I, Jennifer Hartunian, do hereby certify that I have on this 30th day of November, 2005, served a copy of the following documents:

1. **STIPULATION OF DISMISSAL**; and

2. **CERTIFICATE OF SERVICE**

upon all parties/counsel of record by mailing the same via first class mail, postage prepaid, to:

Mark D. Stern, Esq.
34 Liberty Avenue
Somerville, MA 02144

Jennifer Hartunian, Esq.
Gaffin Krattenmaker & O'Connor, P.C.
2400 Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 437-6530

{00025022.DOC}